## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR420** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DANIEL SALAIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Motion for Appointment of Substitute Counsel  (Filing No. 23) is scheduled for hearing before the undersigned magistrate judge at **9:30 a.m. on January 17, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 13th day of January, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge