# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR420 |
| | ) | |
| DANIEL SALAIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant's Motion to Continue (Filing No. 30) is granted.

**IT IS ORDERED** that the hearing on defendant's Motion to Suppress (Filing No. 21) is continued to **March 9, 2006,** at **1:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 8th day of February, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge