# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR420** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DANIEL SALAIS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Michael F. Maloney and the Office of the Federal Public Defender to withdraw as CJA court-appointed counsel for the defendant, Daniel Salais (Salais) (Filing No. 31). Since retained counsel, Hugh I. Abrahamson, has entered an appearance for Salais (Filing No. 29), Mr. Maloney's motion to withdraw (Filing No. 31) is granted.

Mr. Maloney shall forthwith provide Mr. Abrahamson with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to Salais's defense.

**IT IS SO ORDERED.**

DATED this 9th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge