IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR420 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DANIEL SALAIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion by defendant Daniel Salais (Salais) to continue the evidentiary hearing on his motion to suppress (Filing No. 34). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Salais' motion for a continuance of the evidentiary hearing (Filing No. 34 is granted. The evidentiary hearing on Salais' motion to suppress (Filing No. 21) is rescheduled to commence before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **2:00 p.m. on March 22, 2006.** The defendant must be present for the hearing.

DATED this 8th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge