IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR420 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL SALAIS, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Request for Extension of Deadline to File Objections to Initial Presentence Report, Filing No. 57. After considering the matter,

IT IS ORDERED that the defendant is granted an extension of time until **September 29, 2006,** in which to file objections to the presentence investigation report.

DATED this 21st day of September, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge