IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR420 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL SALAIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant Daniel Salais's motion for leave to appeal in forma pauperis, Filing No. 77. A Federal Public Defender was appointed to represent defendant in the proceedings before this court. Filing No. 9. Defendant later retained private counsel. Filing No. 29. In his application to proceed without prepayment of fees and affidavit, defendant represented that he is unable to pay the costs of proceeding with his appeal to the Eighth Circuit. Filing No. 77. Pursuant to Fed. R. App. P. 24(a), the court grants the defendant's motion to proceed in forma pauperis.

SO ORDERED.

DATED this 29TH day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge