# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DANIEL SALAIS,<br><br>                Defendant. | 8:05CR420<br><br>**ORDER** |

Defendant Daniel Salais appeared before the court on April 17, 2018, on a Petition for Offender Under Supervision [118]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams, and the United States was represented by Assistant U.S. Attorney Russell X. Mayer. The government did not request detention, therefore, the defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision with additional conditions of release.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

    1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 31, 2018, at 3:00 p.m. The defendant must be present in person.

    2. The defendant is released on current conditions of supervision. In addition, the defendant shall complete a mental health evaluation through Jackson Recovery on April 23, 2018, and follow the recommendations thereof.

Dated this 18th day of April, 2018.

                                                                        BY THE COURT:

                                                                        s/ Susan M. Bazis<br>
                                                                        United States Magistrate Judge