IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:05CR420 |
| vs. | ORDER |
| DANIEL SALAIS, | |
| Defendant. | |

This matter is before the court on a Request for Transcript by a nonparty, Filing No. 146. The request for the transcripts is made by a non-party, Kirk Schuler, as to defendant, Daniel Salais. The request asks for the court reporter to transcribe the revocation hearings held on December 21, 2018 and July 19, 2019. The court finds the request should be granted.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 146) is granted.

2. Court reporter Lisa Grimminger is directed to advise Mr. Schuler of the cost to obtain the transcripts. Mr. Schuler will be responsible for the transcripts cost.

3. The Clerk's Office is ordered to mail a copy of this order to the non-party's address pursuant to Filing No. 146.

Dated this 15th day of August, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge